# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **BRENDON TAYLOR,** *et al.*, | Case No. 1:24-cv-0204 |
| Plaintiffs, | Judge: Hon. Susan J. Dlott |
| v. | |
| **JESSE LEE ANTHONY HOOVEN,** *et al.*, | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

**COMES NOW** the undersigned counsel for Plaintiffs Brendon Taylor and Holly Hooven and tenders notice of change of contact information as follows: telephone (513) 457-5545 and fax (513) 457-5544.  The undersigned requests that all pleadings, orders, papers, and other things be forwarded accordingly.

Respectfully submitted,

*/s/ Justin Whittaker*
Justin Whittaker, Esq. (0093212)
Whittaker Law, LLC
2055 Reading Road, Suite 260
Cincinnati, Ohio 45202
(513) 457-5545
(513) 457-5544 Fax
Justin@WhittakerLawFirm.com

**Counsel for Plaintiffs**
**Brendon Taylor and Holly Hooven**

## CERTIFICATE OF SERVICE

I certify that on this 14th day of May 2024, a true copy of the foregoing was electronically filed with the Clerk using the electronic filing system.  Copies will be mailed to those parties who are not served via the Court's electronic filing system.

*/s/ Justin Whittaker*
Justin Whittaker, Esq. (0093212)