IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BRENDON TAYLOR, et al., | ) Case No. 1:24-cv-0204 |
| Plaintiffs, | ) Judge: Hon. Susan J. Dlott |
| v. | ) |
| JESSE LEE ANTHONY HOOVEN, et al., | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on Plaintiffs' Civil Rule 4(m) Motion for Extension of Summons served on Defendant Jesse Lee Anthony Hooven. By their Motion, Plaintiffs seek an additional 30 days to perfect service of summons and complaint on Officer Hooven. Having considered the same, the arguments of counsel, and being in all ways sufficiently advised, the Court finds that the Motion is well taken and is granted.

**IT IS THEREFORE ORDERED**, that Plaintiffs shall have until and including **August 15, 2024**, to perfect service of summons and complaint on Officer Hooven.

DATED: July 24, 2024

_Susan J. Dlott_
Hon. Susan J. Dlott,
United States District Court Judge