AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Brendon Taylor, et al.,

                                                                      Case Number:   1:24cv204

        V.

Jesse Lee Anthony Hooven, et al.,                         Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the Preliminary Pre-Trial in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | 227 (Chambers) |
| | DATE AND TIME |
| | February 18, 2025 at 10:00 a.m. |

Special Instructions:
1. Discovery Conference to be held and initial written settlement demand to be made no later than January 27, 2025.
2. Filing of Discovery Plan and written response to settlement demand to be made no later than February 10, 2025.
3. Ex Parte Settlement letters are to be submitted to Dlott_Chambers @ ohsd.uscourts.gov no later than three (3) business days prior to the Preliminary Pretrial Conference.

Rich Nagel, CLERK

S/William A. Miller  
William Miller  
Case Manager  
(513)564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside Judge Dlott's name.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact (513)564-7630.