UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRENDON TAYLOR, et al., | : | Case No. 1:24cv204 |
| Plaintiffs, | : | Judge Susan J. Dlott |
| v. | : | ORDER |
| JESSE LEE ANTHONY HOOVEN, et al., | : | |
| Defendants. | : | |

This matter is before the Court on Defendant City of Cincinnati's Unopposed Motion to file their response to Plaintiffs' "Joint and Consolidated Motions for Reconsideration of the Court's January 3, 2025 Order, or, Alternatively, to Certify the Same as 'Final' Under Rule 54(b)" (ECF No. 84). Defendants seek a one-week extension of time to file their response. Counsel for the other parties have been consulted on the City's motion and no objection is presented. Accordingly, it is hereby ORDERED that the City is granted an extension until and through **March 4, 2025** to file their response.

**SO ORDERED.**

*Susan J. Dlott*
HON. SUSAN J. DLOTT
UNITED STATES DISTRICT JUDGE