# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **BRENDON TAYLOR, et al.** | : | Case No. 1:24-cv-00204 |
| Plaintiffs | : | Judge Susan J. Dlott |
| vs. | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| **JESSE LEE ANTHONY HOOVEN, et al.** | : | |
| Defendants | : | |

Notice is hereby given pursuant to S.D. Ohio Civ. R. 83.4(b) that Assistant Prosecuting Attorney Kathleen Fischer (0087937) enters her withdrawal as counsel in this case on behalf of the County Defendants. Assistant Prosecuting Attorney Dmitriy Bikmayev (102300) will be substituted for her.

Respectfully submitted,

CONNIE PILLICH
PROSECUTING ATTORNEY
HAMILTON COUNTY, OHIO

/s/ *Dmitriy Bikmayev*
Dmitriy Bikmayev, 102300
Kathleen Fischer, 0087937
Assistant Prosecuting Attorneys
Hamilton County, Ohio
230 E. Ninth Street, Suite 4000
Cincinnati, OH 45202
DDN:  (513) 946-3077 (Bikmayev)
DDN:  (513) 946-3108 (Fischer)
FAX:  (513) 946-3018
Dmitriy.Bikmayev@hcpros.org
Kathleen.Fischer@hcpros.org
TRIAL ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        */s/ Dmitriy Bikmayev*
                                        Dmitriy Bikmayev (102300)
                                        Assistant Prosecuting Attorney