**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **BRENDON TAYLOR, *et al.*,** | ) | **Case No. 1:24-cv-0204** |
| **Plaintiffs,** | ) | **HON. SUSAN J. DLOTT** |
| **v.** | ) | |
| **JESSE LEE ANTHONY HOOVEN, *et al.*,** | ) | |
| **Defendants,** | ) | |
| **v.** | ) | |
| **THE CITY OF CINCINNATI,** | ) | |
| **Third Party Defendant.** | ) | |

**SCHEDULING ORDER**

This matter came before the Court, first at 1:30 p.m. EST on September 17, 2025, for an in-chambers scheduling conference with counsel, and again at 12:00 p.m. EST on November 19, 2025, for a telephonic scheduling conference with counsel. Present for the parties in both instances were Justin Whittaker, Esq. for Plaintiffs Brendon Taylor and Holly Hooven; Zachary Gottesman, Esq. for Defendant Officer Hooven; Rebecca Simpson, Esq. for Defendant Madison Paul; Shuva Paul, Esq. and Katherine Baron, Esq. for Third-Party Defendants the City of Cincinnati and Sheryl Long; and Eric Munas, Esq. and Dmitri Bikmayev, Esq. for the Hamilton County Defendants.

Having reviewed and considered the Rule 26(f) Report jointly tendered by the parties on January 20, 2026, and the representations of counsel that they are proceeding diligently with discovery, the Court enters the following **SCHEDULING ORDER:**

1. The parties do not unanimously consent to the jurisdiction of the Magistrate Judge.

2. The parties agreed to and made their initial disclosures by August 29, 2025.

3. The parties completed the exchange of their respective responses and objections and supplemental responses and objections to their first and second sets of discovery requests on January 16, 2026.

4. The parties shall address any deficiencies in their respective discovery responses by February 16, 2026. Counsel are reminded that Judge Dlott does not permit discovery motions. If a discovery issue arises that counsel certifies they are not able to resolve informally, counsel shall contact Chambers.

5. The parties shall preliminarily save the following dates in 2026 for depositions, and cooperate with scheduling the same:

- February 18 and 19
- April 6, 7, 8, and 9

6. The parties have tendered a proposed protective order in keeping with the standard form approved by the Southern District of Ohio, which the Court approved.

**7. The Court will hold a telephonic status conference on April 22, 2026, at 10:00 a.m.**

8. Primary expert reports shall be filed no later than May 29, 2026.

9. Rebuttal expert reports shall be filed no later than June 30, 2026.

10. Discovery shall close on August 14, 2026.

11. Per Ohio Revised Code §2744.07, the City and the Hamilton County Defendants shall have until and including September 14, 2026, to file motions for a hearing regarding their respective duties to defend Officer Hooven and Ms. Paul in this

civil action. Thereafter, Officer Hooven and Ms. Paul shall have until and including October 12, 2026, to respond to the motions of the City and the Hamilton County Defendants. No replies will be permitted without leave of the Court. Thereafter, the Court will schedule a hearing.

12. Any Dispositive motions shall be filed no later than 45 days from the date that the Court issues decisions on the respective "duty to defend motions" of the City and the Hamilton County Defendants. Responses and replies shall be filed in accordance with Local Rule 7.2. Counsel are reminded that dispositive motions, responses, and replies must comply with the Court's Standing Order on Civil Procedures, in particular "Pretrial Procedure E."

**DATED:** Jan 21, 2026

Susan J. Dlott

**HON. SUSAN J. DLOTT,**
**United States District Court Judge**

**Respectfully**
**tendered on behalf of all parties:**

***/s/Justin M. Whittaker***
Justin M. Whittaker (0093212)