**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **BRENDON TAYLOR,** *et al.* | : | **Case No: 1:24-CV-0204** |
| | : | |
| **Plaintiff,** | : | **Hon. Susan J. Dlott** |
| | : | |
| **v.** | : | |
| | : | |
| **JESSE LEE HOOVEN,** *et al..* | : | **Notice of Appearance of Counsel** |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

Notice is hereby given that Mikayla S. McClanahan, Esq. of Finney Law Firm LLC hereby enters appearance as counsel for Defendant Madison Paul in the within matter.

Respectfully submitted,

*/s/ Mikayla S. McClanahan*
Mikayla S. McClanahan (0106522)
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 797-2850
(513) 943-6669 (fax)
Mickey@FinneyLawFirm.com
*Attorney for Defendant Madison Paul*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was electronically filed on May 13, 2026 with the Clerk of this Court via the CM/ECF system and served on counsel for the parties via Court's electronic filing system.

*/s/ Mikayla S. McClanahan*

Mikayla S. McClanahan (0106522)