**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Brendon Taylor, er al., Case No. 1:24-CV-00204-SJD

Plaintiffs, Judge Dlott

v.

Jesse Hooven, et al.,

Defendants,

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULE

The parties' Joint Motion to Extend the Schedule is GRANTED. The following modified schedule shall apply to remaining deadlines in this matter:

1. The amended discovery cutoff date is extended to October 19, 2026.
2. The City and Hamilton County's deadline to file motions for a hearing regarding their respective duties to defend is extended to November 9, 2026. Officer Hooven and Ms. Paul shall respond on or before December 7, 2026.
3. Otherwise, the scheduling order (Doc. 118) remains unmodified.

IT IS SO ORDERED:

Susan J. Dlott Sept 2, 2026