EXHIBIT 1

DEFENDANT'S EXHIBIT 3 4-6-26 MKS

PENGAD 800-631-6989

IN THE COURT OF COMMON PLEAS
DIVISION OF DOMESTIC RELATIONS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| HOLLY PRATT HOOVEN | : | Appeal No.: |
| Plaintiff, | : | Case No.: DR1801899 |
| -vs- | : | Trial Court Judge: Betsy Sunderman |
| JESSE LEE ANTHONY HOOVEN | : | **NOTICE OF APPEAL** |
| Defendant. | : | |

Now Comes Plaintiff / Appellant, Holly Pratt Hooven, by and through counsel, and hereby gives notice that she is appealing the Judge's Decision and Judgment entered by the Trial Court on the 29th day of October, 2025 to the First District Court of Appeals.

Respectfully Submitted,

Edward J. Collins (0025833)
K. Joshua Waters (0091099)
Droder & Miller Co., L.P.A.
250 E. Fifth Street, Suite 700
Cincinnati, Ohio 45202
Phone: (513) 721-1504
Fax: (513) 721-0310
ecollins@drodermiller.com
*Counsel for Appellant, Holly Pratt Hooven*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon, Barry A. Spaeth, Esq., Attorney for Father, Robbins, Kelly, Patterson & Tucker, L.P.A., 312 Elm Street, Suite 2200, Cincinnati, Ohio 45202, via ordinary U.S. Mail on this 26th day of November, 2025.

K. Joshua Waters (0091099)