PENGAD 800-631-6989
DEFENDANT'S EXHIBIT
4
4-6-26
MKS

# IN THE COURT OF APPEALS
# FIRST APPELLATE DISTRICT
# HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| HOLLY PRATT HOOVEN | : | Appeal Case No. C250659 |
| Plaintiff/Appellant | : | Trial Case No. DR1801899 |
| vs. | : | **NOTICE OF DISMISSAL OF APPEAL** |
| JESSEE LEE ANTHONY HOOVEN | : | |
| | : | |
| Defendant/Appellee | | |

Now comes the Plaintiff/Appellant and hereby gives notice of her dismissal of the above-captioned appeal.

Respectfully submitted,

Edward J. Collins (0025833)
K. Joshua Waters (0091099)
Droder & Miller Co., L.P.A.
250 East Fifth Street, Suite 700
Cincinnati, Ohio 45202
513-721-1504 Telephone
513-721-0310 Facsimile
ecollins@drodermiller.com
jwaters@drodermiller.com
Attorneys for Appellant,
Holly Pratt Hooven

**CERTIFICATE OF SERVICE**

I, do hereby certify, that a copy of the foregoing has been served upon the following, via email service, on this 5th day of January, 2026:

Barry A. Spaeth, Esq.
Robbins, Kelly, Patterson & Tucker, L.P.A.
312 Elm Street, Suite 2200
Cincinnati, Ohio 45202
bspaeth@rkpt.com
Attorney for Defendant, Appellee,
Jessee Lee Anthony Hooven

Edward J. Collins (0025833)
Attorney for Plaintiff/Appellant,
Holly Pratt Hooven