DEFENDANT'S EXHIBIT
5
4-6-26
MKS
PENGAD 800-631-6989

10:44 5G 83

Hooven Holly
9:42 AM, Feb 26




Save

Share

11:00 5G 80

**Hooven Holly**




9:42 AM

Huh? 9:44 AM

It's saying the risk of a sexual abuse is 20x higher to occur with the children in a single mother's home when she cohabitates with a new partner 9:46 AM

I guess it could also occur in the male's home, but more prevalent in the woman's home 9:47 AM

11:00 5G 80

**Hooven Holly**

It's saying the risk of a sexual abuse is 20x higher to occur with the children in a single mother's home when she cohabitates with a new partner 9:46 AM

I guess it could also occur in the male's home, but more prevalent in the woman's home 9:47 AM

9:49 AM There's a 0 percent chance in my home

Well you're not living with anyone 9:50 AM

9:50 AM Which is why it's 0 lol

Lol 9:50 AM

9:51 AM It's also a 0 at your place. Also, if someone ever touches our kids inappropriately I'll go back to prison

Touché. Just like it said single parents is 5x higher. I would kill someone. That's why I had that talk with willow. It's important. Things can happen so quickly. She would never be the same 😣