10:08 5G 87

Search

That, that happened to willow. 8:27 AM

8:27 5G

Brendon

Jesse won't let me take the kids to the movies.

And apparently willow was bullied yesterday by older kids at your work or something? Who were my kids around?

Read 8:24 AM

I went to handle it but they ran off. Willow said they called Aiden and Willow a loser. It was on the bike path. They were under the bridge taunting them from what Willow said and she ran up and got me. I was gonna tell you but you just wanted to go to bed last night

Nothing happened

iMessage

Cash

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123 space return

8:28 AM

DEFENDANT'S EXHIBIT 7 MKS 4-6-26 PENGAD 800-631-6989

10:09 5G 87

Search

Brendon didn't tell me because I was frustrated last night and went straight to bed. I also have been up since 3:30 and at work since 5.
8:37 AM

So Emma has been around since Aiden was born. Who else have you been screwing when I was carrying your child?
8:38 AM

Remember when you sent me all that stuff about child molestation and people and what not? But yet you wavy to leave my child with someone who was physically and sexually abused as a child. You want to leave my children with a guy who Montgomery County told to file for emergency custody of his child

View all
8:43 AM

What are you talking about?
8:44 AM

Like explain yourself here. Now

I didn't leave our children ever with someone who was sexually abused as a child.
8:45 AM

Go talk to your boyfriend about i
wasn't there. I only know what I was

10:09 5G 87

Me

8:43 AM, Apr 11

Remember when you sent me all that stuff about child molestation and people and what not? But yet you wavy to leave my child with someone who was physically and sexually abused as a child. You want to leave my children with a guy who Montgomery County told to file for emergency custody of his child because of how bad he had it with his mom in Tennessee and he couldn't be bothered with it. Have a good day holly. I'm not fighting with you. Willow can call when aiden wakes up.

Copy text Share More

10:09 5G 87

Search

I didn't leave our children ever with someone who was sexually abused as a child.
8:45 AM

8:46 AM
Go talk to your boyfriend about it. I wasn't there. I only know what I was told by someone at JFS.

8:47 AM
I'm not fighting with you. Have a good day

You can't say that and then not tell me

Or answer
8:47 AM

8:48 AM
You'll wait till willow is done showering and I'll step outside and take your call

Answer now please o already stepped out
8:49 AM

Why are you digging around for one and two why didn't you say something sooner?
8:55 AM

8:57 AM
You don't care what I say! You don't care about our agreements! So I want to know who my kids are around.

10:35 5G 84

Search

Go to their site and look it up. I have no clue. Like I said I didn't do it. Someone that works there told me this stuff. I can't myself look at it at work.
10:33 AM

And I'm not dumb enough to use leads in a way that I'm but allowed. That's a felony and I lose my job.
10:34 AM

Ok. Who is this person?

That told you this info
10:34 AM

Name is Madison. I don't know her last name
10:34 AM

When did you speak with her?
10:35 AM

I don't have the exact date
10:35 AM

Ok. This week? Last
10:35 AM

No couple of weeks maybe. I don't know
10:35 AM

Ok
10:36 AM

10:35 5G 84

Search

No couple of weeks maybe. I don't know
10:35 AM

Ok
10:36 AM

What is Madison's last name?
3:13 PM

How are the kids?
4:22 PM

Good
4:24 PM

I have to be at work tomorrow at 8:30am. Please meet me at the bank at 8am to get the baseball/softball gear.
5:42 PM

I have physical therapy at that time tomorrow. I cannot
5:50 PM

I will be at the bank Thursday morning then at 8.

Thanks.
5:51 PM

Wednesday, April 12, 2023

Can you please send me Aiden's baseball game schedule
9:27 AM