Cincinnati.com | The Enquirer

EXHIBIT
103
4-6-26
MKS

NEWS

# Former social worker fires back on claims she helped cop get dirt on ex-wife's new boyfriend



**Cameron Knight**
Cincinnati Enquirer

Updated July 2, 2024, 8:53 a.m. ET

A former county worker has filed defamation claims against a Cincinnati police officer in an ongoing federal lawsuit.

Former Job and Family Services social worker Madison Paul and Officer Jesse Hooven were both sued in federal court in April. The county, city and social service agency are named in the lawsuit as well.

Paul was accused of using a law enforcement database for Hooven, who was allegedly trying to get "dirt" on the new boyfriend of his ex-wife during a custody dispute.

In the suit, Hooven's ex-wife, Holly Hooven, and Brendon Taylor said Jesse Hooven started a romantic relationship with Paul and used her to illegally access, use and disseminate confidential records that said Taylor had been sexually abused as a child. The lawsuit claims Jesse Hooven was looking for dirt to use in a custody dispute.

In a response filed in federal court, Paul argues it is Jesse Hooven's false statements at the root of the lawsuit. She has filed defamation counterclaims against him.

Paul said she met Jesse Hooven through work and they had been in a romantic relationship until she broke things off, according to the response.

She argues she never told Jesse Hooven about any sexual abuse. She said she did look up Taylor in the database at Jesse Hooven's request, she told him "there were no substantiated claims that Taylor had abused any child."

"Whether or not Mr. Taylor had been sexually abused as a child was never discussed between Ms. Paul and Officer Hooven," the response said. "Ms. Paul never told Officer Hooven or anyone else that Mr. Taylor had ever been sexually abused or that he had been sexually abused as a child."

According to the initial lawsuit, Jesse Hooven texted his ex-wife and said "You (want) to leave my child with someone who was physically and sexually abused as a child."

The response says that Hooven's false statements caused Paul to lose her job at ProKids in April.

## Who prompted the search in the database?

When investigators interviewed Paul, she said Jesse Hooven asked her to search the Ohio Statewide Automated Child Welfare Information System about Brendon Taylor.

Jesse Hooven told the internal investigators that Paul did it on her own and that he didn't prompt her.

Police investigators said they could not prove it one way or another. The charge that Jesse Hooven acted unethically was ruled "not sustained." Officers can be exonerated of charges as well, "not sustained" means the charges cannot be proven or disproven.

Paul disputes this as well. Her response states Jesse Hooven specifically asked for claims about Taylor.

"Ms. Paul was trained by JFS to consider Cincinnati Police Officers partners with JFS and that it was part of her job duties to treat the officers as partners and to

work to help assist them as such," the response states.

Paul also argues she was trained to believe police officers were required to keep the information social workers gave them confidential.

## The city and county respond

In a response to the lawsuit, Hamilton County asked the court to dismiss the case against the county, itself, and Job and Family Services.

The response says Paul was suspended for gross misconduct, neglect of duty, nonfeasance and failure of good behavior.

The county said it is not responsible for any conduct of employees that is "outside the scope of their employment." Paul argues everything she did was within the scope of her employment and official duties.

The City of Cincinnati also asked for the court to dismiss the case.

"This case arises from purely private conduct aimed at gaining leverage in a child custody dispute," the city's response states. "The ex-husband's tortious conduct was private in nature and furthered no City interest."

The city's response states Chief Theetge called for supervisory follow-up after the investigation into Jesse Hooven. It argues that this shows the city did not endorse or approve of his actions.

The city, county and JFS have told the Enquirer they do not comment on pending litigation. A city spokesperson told the Enquirer Thursday that city lawyers are not representing Jesse Hooven because his action occurred outside the scope of his employment.

No lawyer is listed for Jesse Hooven in court documents and he has not filed a response to the allegations with the court.