EXHIBIT 105 MKS 4-6-26

# Hamilton County

## Human Resources Department

Board of County Commissioners
Stephanie Summerow Dumas
Alicia Reece
Denise Driehaus

County Administrator
Jeff Aluotto

Human Resources Director
Frank Spataro

June 1, 2023

Ms. Madison Paul

Cincinnati, OH 45238

Dear Ms. Paul:

This letter is to inform you that you are being suspended without pay, for eight (8) working hours, from the position of Children's Services Worker, effective June 9, 2023.

The reason for this action is because you have been found guilty of neglect of duty, nonfeasance, failure of good behavior, and gross misconduct as outlined in the attached order of Suspension.

Respectfully,

*Kelly Winston*

Kelly Winston
Labor Relations Manager

KW/wel

CC: M. Patton
M. Weaver
A. Patsfall
T. Resendiz-Trejo
D. Martini
W. Lee
F. Spataro
A. Rayford
J. Freyler
File

Todd B. Portune Center for County Government
138 East Court Street, Room 707
Cincinnati, Ohio 45202
Phone: 513-946-4700
Fax: 513-946-4720

Alms & Doepke Building
222 East Central Parkway, 3rd Floor
Cincinnati, Ohio 45202
Phone: 513-946-2460
Fax: 513-946-2251

Juvenile Court Division
800 Broadway, 15th Floor
Cincinnati, Ohio 45202
Phone: 513-946-9239
Fax: 513-946-9240

# Hamilton County

**ORDER OF SUSPENSION FOR 8 WORKING HOURS**

**Madison Paul**

This will notify you that you are suspended without pay from the position of **Children's Services Worker** for 8 working hours to be served on the following dates: **June 9, 2023.**

Pursuant to Section 124.34 of the Ohio Revised Code, the reason for this action is that you have been guilty of **Neglect of Duty, Nonfeasance, Failure of Good Behavior, and Gross Misconduct** in the following particulars, to wit:

On 4/11/2023, BT filed a formal complaint reporting that someone accessed all his CPS records as an adult and a child. Mr. T said his CPS history was given to an off-duty police officer, JH, by a caseworker employed at JFS. After further inquiry into the complaint, you were identified as the caseworker suspected of looking up and providing confidential information to JH.

On 5/17/2023, your Section Chief, Supervisor, you, and Union Steward, AR, discussed the current complaint and allegation. You appeared to be remorseful and forthcoming. You stated you met Mr. H on a case you were working on, and the two of you began dating briefly. You reported that during the relationship, he mentioned having safety concerns for his children, given that his ex-wife was in a relationship with BT. You said Mr. H asked you to see if Mr. T had any concerning children's services history. You admitted to searching Mr. T in SACWIS and told Mr. H there was no concerning CPS history. You denied giving Mr. H specific details of Mr. T's Children's Services history; however, you did look up his history and provided Mr. H with some information.

Your actions constitute gross misconduct, neglect of duty, nonfeasance, and failure of good behavior, per Article 7 of the Labor Agreement.

Signed at Cincinnati, Ohio, June 6, 2023.

Michael Patton

Michael Patton, Director
Hamilton County Job & Family Services

Stephanie Summerow-Dumas
Alicia Reece
Denise Driehaus

HAMILTON COUNTY BOARD
OF COUNTY COMMISSIONERS

Frank Spataro, Human Resources Director
Hamilton County Human Resources Department

HR-09/2020