## Rayford, Amethyst

| | |
|---|---|
| **From:** | Freyler, Jessica |
| **Sent:** | Monday, September 18, 2023 9:42 AM |
| **To:** | Madison.Paul@jfs.ohio.gov |
| **Cc:** | kathy.pflum@jfs.ohio.gov; tramayne.roberson@jfs.ohio.gov; Winston, Kelly; Rayford, Amethyst; Lee, William; Kroeger, Bev; Kathy Buschbacher (KATHY.BUSCHBACHER@jfs.ohio.gov); Jen Koetter (Jen.Koetter@jfs.ohio.gov); Star Blye (STARLYNE.BLYE@jfs.ohio.gov); DILLON.MARTINI@jfs.ohio.gov; TARA.RESENDIZ-TREJO@jfs.ohio.gov; Patsfall, Alexandra-M |
| **Subject:** | Resignation Confirmation Letter |
| **Attachments:** | Paul Madison Resignation.docx; Exit Performance Appraisal_PDF-Digital Signature.pdf; NewExitAppraisal121319 (007).docx |
| **Contacts:** | Kathy Pflum - JFS; Tramayne Roberson; Kelly Winston; Amethyst Rayford; William Lee; Bev Kroeger; Kathy Buschbacher; Jen Koetter; Star Blye |

Good morning Ms. Paul. I am writing on behalf of Labor Relations Manager, Kelly Winston, to inform you that your chain of command has received and accepted a notice of resignation that you submitted on September 18, 2023. Per your notice, your last day of work with Hamilton County Job & Family Services will be October 18, 2023.

Your manager, or her designee, will issue an exit performance appraisal to you before October 18th (templates attached for your manager to use). You can now sign the exit appraisal form digitally (first attachment) if you are working remotely and cannot return to the office on the day it is issued. A Human Resources representative will contact you to explain the exit process and will do their best to answer any wage and benefits questions that you may have. On or before your final day of work, you will be allowed to gather all your personal belongings and bring them home. Before finally exiting the building for the final time that day, you must give your badge (and parking pass, if applicable) to the Sheriff's Deputy at the employee entrance.

*Note: If you are a Children's Services Worker, you will receive an Exit Survey from ODJFS.

**Note: If you are not a children services worker, we would like to have a face-to-face interview with you to do the exit interview. In this regard, please contact Jessica Freyler at 513-947-1171 to schedule.

***Note: If applicable, Tramayne Roberson, or his designee from the employer's Information Technology Department, will contact you to schedule the return of all telecommunications tools provided to you by the employer, including iPads/Surfaces, chargers, and other accessories.

****Note: Any alteration to your submitted resignation date must be made no less than three (3) business days prior to it. In your case, a request to alter your resignation date must be made by October 13, 2023, or it may not be considered. To make such a request, prior to the deadline, you must submit a revised resignation letter that includes the new date of your resignation to your Section Manager, copying your Assistant Director. Approval will be communicated, via email, by the Assistant Director (or their designee) to the Employee Relations team in HR.

Should you have additional questions about your exit interview, please email me at Jessica.freyler@hamilton-co.org. I wish you the best of luck in your future career endeavors. Thank you for your service to Hamilton County.

Attached: Resignation letter, exit appraisal word doc., and exit appraisal PDF

EXHIBIT
tabbies
106
MKS
4-6-26

09/18/2023

Dear Dillon Martini and Tara Resendiz-Trejo,

This letter is to inform you that I am resigning from the position of Assessments Worker which will be effective on **10/18/2023.**

I appreciate the opportunities for growth and development you have provide during my tenure.

Sincerely,

Madison Paul