**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Brendon Taylor, et al.,** | : | **Case No.1:24-CV-00204** |
| **Plaintiffs,** | : | **Judge Susan J. Dlott** |
| **v.** | : | **<u>NOTICE OF FILING DEPOSITION TRANSCRIPT EXHIBITS OF AMANDA CATON</u>** |
| **Jesse Lee Anthony Hooven, et al.** | : | |
| **Defendants.** | : | |

---

Notice is hereby given that the following exhibits of the deposition transcript (Doc #138) to Amanda Caton in the above-captioned case are being electronically filed in United States District Court, Southern District of Ohio, Western Division.

Amanda Caton Deposition Transcript Exhibits 1, 2, 3, 4 & 5 from date of deposition dated October 1, 2026

Respectfully submitted,

**EMILY SMART WOERNER (0089349)**
**CITY SOLICITOR**

*s/ Katherine C. Baron*
Katherine C. Baron (0092447)
Shuva J. Paul (0088484)
Senior Assistant City Solicitors
801 Plum Street, Suite 214
Cincinnati, Ohio 45202
(513) 352-4551
katherine.baron@cincinnati-oh.gov
shuva.paul@cincinnati-oh.gov
*Trial Attorneys for Defendant City of Cincinnati*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

*s/ Katherine C. Baron*
Katherine C. Baron (0092447)