# EVALUATION SUPPLEMENT LOG

CITY 00037

| | | |
|---|---|---|
| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 5/21/2020 5:46:14 PM | Officer Hooven left Officer Croswell by himself to manage three prisoners while he engaged in a foot chase of a vehicle. Even though they were all handcuffed and seated on the ground, Officer Croswell was placed in an unsafe position by Officer Hooven. 4/29/2020 | Officer Hooven's actions are in violation of rule 1.01 of the Manual of rules and regulations and Disciplinary Process for the Cincinnati Police Department, which states in part:<br><br>Members shall not commit any acts or omit any acts, which constitute a violation of any of the rules, regulations, procedures, directives, or orders of the Department.<br><br>A. A violation which does not entail a risk of nor leads to physical injury to another or financial loss to the City.<br><br>To wit:<br><br>12.555 Arrest/Citation: Processing of Adult Misdemeanor And Felony Offenders (in part)<br><br>Policy:<br><br>Officers are responsible for prisoners under their | 5/21/2020 5:50:27 PM | P111 JH | L0048 | C0018 | |

DEPOSITION EXHIBIT 3 KL 10/1/26 Caton
PENGAD 800-631-6989

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | control until they are released by HCJC personnel.<br><br>As a result, Officer Hoven was issued two separate ESLs for the procedure violations and the incident was thoroughly reviewed with Officer Hooven by Second Relief supervision. The review consisted of tactical options, risk vs. reward, and overall officer safety considerations. The tactical review was documented in Officer Hooven's employee profile. | | | | | |



CITY 00038

# EVALUATION SUPPLEMENT LOG

CITY 00039

| 31192 - HOOVEN, JESSE | REFUSED | May 8, 2024 |
|---|---|---|
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 4/6/2021 11:26:09 AM | On May 30, 2020, during the arrest of Mr. Daulton King, Police Officer Jesse Hooven deactivated his body worn camera (BWC) while still on scene and prior to clearing the call for service. Officer Hooven's actions are in violation of Rule 2.18 of the Manual of Rules and Regulations and Disciplinary Process for the Cincinnati Police Department, which states:<br><br>2.18 Members of the Department shall not fail to activate their Body Worn Camera (BWC) system except for a good cause. In such instances, they shall notify their superior officer as soon as possible. 5/30/2020 | Counseled. | 4/8/2021 12:31:50 PM | REFUSED | L0002 | L0002 | IT'S LUDACRIS THAT I DID NOTHING WRONG, THAT MY BODY CAMERA WAS WATCHED AFTER THE EVENT DUE TO USING MY CEW ON MR. KING AND WAS TOLD EVERYTHING WAS FINE. NOW A YEAR LATER BECAUSE HE FILED A COMPLAINT ABOUT EXCESSIVE FORCE AND WHATEVER ELSE I'M NOW GOING TO GET WRITTEN UP. THIS DEPARTMENT DOES NOT CARE ABOUT IT'S OFFICERS. I WAS COMPLETE WITH THIS RUN WHEN I DEACTIVATED MY CAMERA AND I HAD NO MORE INTERACTION WITH HIM. AT SOME POINT THE CITY SHOULD LEARN TO BACK IT'S OFFICERS AND NOT TAKE ANY WILD COMPLAINT. |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00040

| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |
|---|---|---|
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 5/21/2020 5:40:28 PM | Officer Hooven decision to engage in a foot chase of suspect's vehicle placed him in an unsafe position. He continuously ran in and out of the roadway and at one point placed him between the suspect vehicle and parked vehicle. During his pursuit of the suspect vehicle, his TASER was drawn and pointed at the driver.<br><br>12.545 Use of Force states (in part): Policy - The TASER should never be deployed on an individual operating a moving vehicle. 4/29/2020 | The investigation also revealed tactical errors and procedure violations by Officer Hooven. Based upon BWC footage, Officer Hooven's actions are in violation of the Manual of Rules and Regulations and Disciplinary Process for the Cincinnati Police Department which states:<br><br>1.25 B. Members shall not use, or handle department issued weapons in a careless or imprudent manner. This rule applies to any department issued weapon except firearms, which are covered under Rule 1.25A.<br><br>As a result, Officer Hoven was issued two separate ESLs for the procedure violations and the incident was thoroughly reviewed with Officer Hooven by Second Relief supervision. The review consisted of tactical options, risk | 5/21/2020 5:44:21 PM | P111 JH | L0048 | C0018 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | vs. reward, and overall officer safety considerations. The tactical review was documented in Officer Hooven's employee profile. | | | | | |

Form 448S

CITY 00041

# EVALUATION SUPPLEMENT LOG

CITY 00042

| EMPLOYEE NAME | BADGE # | DATE/YEAR |
|---|---|---|
| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 6/14/2021 7:09:35 PM | PO Hooven failed to appear for assigned UC D5 detail. This was his first detail violation in past 12 months. PO forgot to request 17dc, find replacement officer.<br><br>PO Hooven is in violation of Rule 1.01 A, of the Manual of Rules and Regulations.<br><br>1.01 Members shall not commit any acts or omit any acts, which constitute a violation of any of the rules, regulations, procedures, directives or orders of the Department.<br>A. A violation which does not entail a risk of nor leads to physical injury to another or financial loss to the City. 5/23/2021 | Counseled. This is PO Hooven's second violation of Rule 1.01 A, within the past 36 month period. (First violation occurred 4/29/20, ETS: 2020-252639.2) PO Hooven has been reminded that a third violation of Rule 1.01 A, within a 36 month period will result in a written reprimand. PO Hooven is also reminded further violations of off duty detail policy could result in a suspension from details. | 6/14/2021 7:10:41 PM | P111 JH | S0222 | S0222 | |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00043

| | | |
|---|---|---|
| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 11/19/2022 1:46:15 PM | Reference IIS case 2022-023, PO Hooven has incurred a 40 hour suspension. The effective dates of the suspension are from January 6, 2023 to January 9, 2023. His return to work date is January 10, 2023. He has been read the attached forms and signed them accordingly. 2/4/2022 | Suspended. | 11/19/2022 1:55:22 PM | P111 JH | S0222 | L0013 | |

Form 448S

# EVALUATION SUPPLEMENT LOG

31192 - HOOVEN, JESSE P111 JH

EMPLOYEE NAME BADGE #

May 8, 2024

DATE/YEAR

CITY 00044

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 6/10/2018 8:39:27 PM | On August 4, 2017, Officer Hooven completed a Form 496 (OVI Jacket) for case #17TRC8451 completely but did not have it reviewed and signed by a supervisor. This oversight was noted in the bi-annual court case audit performed by Inspections Section. Officer Hooven's actions are in violation of Rule 1.01 (A) of the Manual of Rules and Regulations and Disciplinary Process for the Cincinnati Police Department, which states:<br><br>1.01 Members shall not commit any acts or omit any acts, which constitute a violation of any of the rules, regulations, procedures, directives, or orders of the Department.<br><br>A. A violation which does not entail a risk of nor leads to physical injury to another or financial loss to the City.<br><br>To wit:<br><br>Cincinnati Police Procedure 12.235 - Operating a Vehicle Under the Influence (OV): Processing & Arrest, which states (in part):<br><br>K. Form 496, Operating a Vehicle Under the Influence | Officer Hooven has been verbally counseled on this procedural requirement and advised to take more care in the preperation of his paperwork. | 6/10/2018 8:39:45 PM | P111 JH | L0024 | L0717 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Investigation Record<br><br>3. Supervisory Review of Completed Forms<br><br>a. The completed Form 496 will be submitted for review to an on-duty supervisor prior to securing the tour of duty. The on-duty supervisor will review all forms for accuracy and completeness and sign the Form 495 and Form 496 as the reviewing supervisor.<br><br>1) The arresting officer will submit the Form 496 to be filed by the test site supervisor. 8/4/2017 | | | | | | |

CITY 00045

# EVALUATION SUPPLEMENT LOG

CITY 00046

31192 - HOOVEN, JESSE — P111 JH — May 8, 2024

EMPLOYEE NAME — BADGE # — DATE/YEAR

| Date of Entry | Activity Summary Including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 9/26/2018 | Inspections Section conducted an on-site inspection of Department personnel attending court on August 23, 2018 and found Officer Hooven had responded to court without his Police hat. Officer Hooven's actions are in violation of Section 8.01 of the Manual of Rules and Regulations and Disciplinary Process for the Cincinnati Police Department, which states:<br><br>8.01 - Members assigned to the uniform force may wear civilian clothing to and from their duty station. The uniform hat will be worn in accordance with Procedure 12.020, Uniforms, Related Equipment and Personal Grooming. 8/23/2018 | This is Officer Hooven's first violation of this rule within a 36-month period. Officer Hooven was verbally counseled to adhere to uniform regulations and was receptive to counseling. | 9/26/2018 | P111 JH | S0781 | L0940 | |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00047

| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |
|---|---|---|
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 1/30/2019 | Officer Hooven lost his Department issued CDRT Equipment, CDOP Bag, Motorola Radio Battery, and Traffic Vest in the area of 5837 Hamilton Avenue.<br><br>Officer Hooven's actions are in violation of Rule 7.04 of the Manual of Rules and Regulations and Disciplinary Process for the Cincinnati Police Department, which states:<br><br>7.04 Members of the Department shall be responsible for the care of Department property of every description and the prompt reporting of loss, damage, or defect.<br><br>This is Officer Hooven's first violation of this rule within a 36 month period. 11/15/2018 | Counseled | 2/2/2019 4:30:46 PM | P111 JH | S0781 | L0940 | |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00048

| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |
|---|---|---|
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 12/7/2016 11:17:58 PM | A review of Officer Hooven's monthly composite indicates he accumulated 264 points for Period 12.<br><br>Great work! Keep it up. 12/3/2016 | Commended | 12/7/2016 11:18:54 PM | P111 JH | S0089 | L0022 | |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00049

31192 - HOOVEN, JESSE | JH | May 8, 2024

EMPLOYEE NAME | BADGE # | DATE/YEAR

| Date of Entry | Activity Summary Including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 1/11/2017 12:45:45 AM | Officer Hooven accumulated 169 points for period 13 having worked 150 hours 12/31/2016 | reviewed | 1/11/2017 12:46:47 AM | JH | S0123 | L0022 | |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00050

| | | |
|---|---|---|
| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 1/25/2017 2:57:58 AM | Police Officer JESSE HOOVEN failed to appear for a scheduled court appearance on 01/09/17, case number 16/CRB/5572.<br>Officer HOOVEN is in violation of Manual Rules and Regulations section 3.04 which states:<br><br>Members of the Department shall not be absent from any trial or hearing except for a good cause. In such instances, they shall notify their superior officer at a reasonable time before the trial or hearing begins.<br><br>An ETS review for Officer HOOVEN shows this is his first violation in the past 12 months 1/9/2017 | COUNSELED | 1/25/2017 2:59:37 AM | P111 JH | S0123 | L0075 | C18 |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00051

| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |
|---|---|---|
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 2/21/2017 4:55:42 AM | On 2-9-2017 PO Jesse Hooven incorrectly filled out a 68P Overtime and Court Appearance report. PO Hooven put in the wrong ending overtime hours. The wrong ending time caused a review of the Line Up for that night due to the error running into his on duty time which conflicts with Cincinnati Police Policy and Procedure. 2/9/2017 | PO Hooven was counseled on the importance on filling out the form 68P completely and correctly to expedite payment processing and to comply with Procedure to avoid disciplinary actions. Review Procedure 19.140 Outside Employment. | 2/21/2017 | P111 JH | S0015 | L0075 | C18 |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00052

| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |
|---|---|---|
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 3/23/2017 4:58:24 AM | PO Hooven missed court on 03/08/2017. 3/8/2017 | PO Hooven is counseled to pay closer attention to his court notifies. This is PO Hooven's first missed court in 12 months | 3/23/2017 4:59:24 AM | P111 JH | L0007 | L0007 | |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00053

| EMPLOYEE NAME | BADGE # | DATE/YEAR |
|---|---|---|
| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 7/6/2016 | Officer Hooven did not properly account for his vacation time in PP #13 and requested hours of vacation that he did not have. A F17 was authored to pay that LWP status using CTT/FLSA time. Officer Hooven was advised that on the next occurrence, he would not be allowed to use a different time bank and would go leave without pay and be suspended from details/pvos for 30 days. 6/28/2016 | | 6/28/2016 | P111 JH | LTC01 | L0022 | |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00054

| 31192 - HOOVEN, JESSE | REFUSED | May 8, 2024 |
|---|---|---|
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 12/7/2016 12:01:48 AM | On December 1, 2016, Police Officer Jesse Hooven P111 was escorting an arrested individual from his residence to a police vehicle. During the escort, the arrested individual attempted to pull away from Office Hooven resulting in a balance displacement takedown. Once the arrested was under control, Officer Hooven continued to use coarse or profane language outside the scope of verbal stunning. (LCP161201000088)<br><br>Officer Hooven's actions are in violation of rule 1.06B of the MANUAL OF RULES AND REGULATIONS AND DISCIPLINARY PROCESS FOR THE CINCINNATI POLICE DEPARTMENT, which states:<br><br>1.06 B. Members of the Department shall avoid the use of coarse, violent, or profane language.<br><br>In accordance with the disciplinary matrix of the Manual of Rules and Regulations Section One: Failure of Good Behavior an ESL has been issued to Officer Hooven.<br><br>This is Officer Hooven's first violation of Rule 1.06B within the past thirty-six months. Officer Hooven has been | Counseled | 12/7/2016 12:02:09 AM | REFUSED | S0123 | L0022 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | advised a second violation of Rule 1.06B within a thirty-six month period will result in a written reprimand. 12/1/2016 | | | | | | |

Form 448S

CITY 00055

# EVALUATION SUPPLEMENT LOG

CITY 00056

31192 - HOOVEN, JESSE — P111 JH — May 8, 2024

EMPLOYEE NAME — BADGE # — DATE/YEAR

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 2/5/2016 | Officer engaged in a verbal altercation with a disorderly prisioner, causing the prisioners disruptive behavior to esculate. 2/1/2016 | Officer Hooven was counseled to minimize verbal interaction with disorderly prisioners and advised on more productive ways to engage citizens and arrested persons, with the ultimate goal of deescalating potiential volitile situations. | 2/5/2016 | P111 JH | P0204 | L0022 | |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00057

| EMPLOYEE NAME | BADGE # | DATE/YEAR |
|---|---|---|
| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 2/19/2016 4:12:25 AM | Officers Hooven conducted a traffic only pursuit without using siren in emergency mode. Also failed to answer inquries from pursuit OIC and failed to immediatley pull to the curb when the pursuit was terminated. This was the officers first violation in time. 2/18/2016 10:52:28 PM | A lenghty discussion/ review was had with Officer Hooven explaining why we have procedures and policies in place. Officer Hooven were given copies of Procedure 12.535 Emergency Operation Of Police Vehicles and Pursuit Driving and ordered to thoroughly review it. Officer Hooven was receptive to the criticism and advised he would work on better practices. | 3/1/2016 | P111 JH | S0030 | L0022 | |

Form 448S

CITY 00058

# EVALUATION SUPPLEMENT LOG

| | | |
|---|---|---|
| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 2/24/2016 7:49:32 PM | Officer Jesse Hooven received a court notify to appear in Municipal Court room 134 on 02/01/16 at 9:00 AM to testify in the case of John Martinez. Officer Hooven clocked into court late at 11:45 AM. 2/1/2016 | Officer Jesse Hooven stated he overslept. This is his first tardy in the past 12 months. He was verbally counseled and noted in the Evaluation Supplement Log | 3/15/2016 | P111 JH | S0030 | L0022 | |

Form 448S

# EVALUATION SUPPLEMENT LOG

CITY 00059

31192 - HOOVEN, JESSE | P111 JH | May 8, 2024

EMPLOYEE NAME | BADGE # | DATE/YEAR

| Date of Entry | Activity Summary Including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 3/13/2016 | On March 13th 2016 at approximately 2151 hours, Police Officer Jesse Hooven; Badge P111, and his partner Police Officer William Nastold; Badge P474, initiated a Traffic Stop at 1334 State Avenue. During the stop, it was discovered that the driver Ms. Tonia Willman had multiple confirmed warrants and as a result was placed into custody.<br><br>Prior to transporting their prisoner, Officer Hooven and Officer Nastold failed to secure Ms. Willams's Lifeline Assistance Program cellphone. As a result, the phone sustained damage.<br><br>Officer Hooven's actions are in violation of Cincinnati Police Department Manual of Rules and Regulations which states in part:<br><br>1.01 Members shall not commit any acts or omit any acts, which constitute a violation of any of the rules, regulations, procedures, directives, or orders of the Department.<br><br>A. A violation which does not entail a risk of nor leads to physical injury to another or financial loss to the City.<br><br>Specifically Cincinnati Police | Counseled | 3/13/2016 | P111 JH | S0069 | L0022 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Department Procedure Procedure 12.715; Property and Evidence: Confiscation, Accountability, Processing, Storage, and Release which states in part:<br><br>D. Personal Property Found on Prisoners<br><br>1. Property that is found on prisoners and not needed for court will accompany the prisoner to the appropriate detention facility. 3/13/2016 | | | | | | CITY 00060 |

# EVALUATION SUPPLEMENT LOG

CITY 00061

| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |
|---|---|---|
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 5/2/2016 | On April 26th, 2016, Police Officer William Nastold Jr, Badge P474, and his partner, Police Officer Jesse Hooven, Badge P111, arrested Ms. Kyasha Dean for ORC 2919.25 Domestic Violence M1.<br><br>The Form 527 Arrest & Investigation Report indicates both officers are needed for court. However, neither officer advised a supervisor of such need nor stated in the facts of the arrest as to the reason this was needed.<br><br>Officer Nastold and Officer Hooven stated this was marked erroneously and that both officers are not needed for court.<br><br>Officer Nastold and Officer Hooven's actions are in violation of the Cincinnati Police Department's Manual of Rules and Regulations:<br><br>2.03 Members shall submit all necessary reports on time and in accordance with established Departmental procedures.<br><br>A. Reports submitted by members, as well as official statements, whether verbal or written, that contain inaccurate, incomplete, or improper information, including omissions, due to officer | Counselled | 5/2/2016 11:01:03 PM | P111 JH | S0069 | L0022 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | negligence or inattention are covered under Section A. of Rule 2.03.<br><br>Specifically Procedure 12.555 Arrest/Citation: Processing of Adult Misdemeanor and Felony Offenders.<br><br>G. Completion of the Form 527 for Adult Felony and Misdemeanor Physical Arrests<br><br>7. Identify the primary officer for court. Arresting officers listed on the form must check the block after their name showing whether they are needed or not needed for court.<br><br>a. If more than one officer is needed:<br><br>1) A supervisor must sign the Forms 527 and 527A to ensure the same officers are listed on both reports.<br><br>2) State in the "Facts of Arrest" section the charges/cases for which each officer is needed.<br><br>Both officers were counselled on the importance of ensuring report accuracy. 4/26/2016 | | | | | | |

CITY 00062

# EVALUATION SUPPLEMENT LOG

CITY 00063

| EMPLOYEE NAME | BADGE # | DATE/YEAR |
|---|---|---|
| 31192 - HOOVEN, JESSE | P111 JH | May 8, 2024 |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 9/8/2015 1:26:31 PM | On September 8th, 2015 PO Hooven lost his wallet at the Hamilton County Courthouse. Upon retrieving his wallet, PO Hooven discovered his Police Identification was missing.<br><br>1.01 Members shall not commit any acts or omit any acts, which constitute a violation of any of the rules, regulations, procedures, directives, or orders of the Department.<br><br>A. A violation which does not entail a risk of nor leads to physical injury to another or financial loss to the City.<br>9/8/2015 1:26:35 PM | Counseled | 9/8/2015 1:27:03 PM | P111 JH | L0420 | C0018 | |

Form 448S