# CCA Complaint Sheet

Wednesday, April 12, 2023
2:58:21 PM

Entered By: Morgan Givens

## Complaint# 23072

**Incident Date/Time** Date Unknown - Time Unknown

**Status** Open

**CPD Date Received**

**Due Date** 12-Jun-23

**Type** CCA

**Investigator** Morgan Givens

**Category** Regular

**Received At**

**Circumstance** General Non-criminal Investigatic

**How Received** Phone

☐ **Charged** ☐ **Injuries** ☐ **Mino** ☐ **Interpreter Needed**

**ETS Number**

☐ **Disability**

**EVT Number**

**Complainant**

Name: Brendon Taylor Gender: Male Race: White DOB:

Currently Living At: 112 Timber Ridge Drive Carlisle Ohio 45005

Other Address:

Home Phone: Work Phone: Cell Phone: 9376543868

Email: brendontaylor59@gmail.com

**Incident Location/District/Neighborhood/Description**

222 E Central Pkwy, Cincinnati, OH 45202 District - 1 Downtown

☐ **Off-duty officer**

☐ **Off-duty detail officer**

Mr. Brendon Taylor alleged that Officer Jesse Hooven obtained Mr. Taylor's personal records from Hamilton County Job and Family Services through illicit means, for Officer Hooven's personal gain. Mr. Taylor is dating Officer Hooven's ex-wife and alleged that Officer Hooven abused his authority by obtaining Mr. Taylor's personal JFS Children's Services records.

**Allegations/Respondents**

Abuse of Authority / Hooven, Jesse L.

**Entered By** Morgan Givens

Badge# P0111

**Civilian Witnesses**

**Officer Witnesses**

DEPOSITION EXHIBIT 4 KL 10/1/26 Caton
PENGAD 800-631-6989



CITY 00005