# Written Instruction 2023-259323.1-1

**Primary Officer:** Wilson, Robert (25410)

: Wilson, Robert (25410)

**Approved:** 06/05/2024 12:52

**Assigned District:** DST2

## Written Instruction Details

### General

**Date Occured:** 07/07/2023 **Date Entered:** 07/07/2023 **ESL Activity:** Instructed

Activity

Activity Summary

**On 7/7/23, Officer Hooven met with Captain Caton and Lieutenant Wilson at the Chief's request to discuss some of his recent decisions. Officer Hooven was open to suggestions made to him during the discussion and was reassured that the department wants him to succeed in his role.**

Action Taken

**Instructed**

Initiating Supervisor

**Initiating Supervisor:** Wilson, Robert (25410) **Date Notified:** 07/07/2023

Employee

**Employee Acknowledgement Signature:** P111 JLAH

Reviewing Supervisor

**Reviewing Supervisor / Employee Number:** Caton, Amanda (22702)

## Officers

### Hooven, Jesse (31192)

Officer Details

**Officer/Employee Number:** Hooven, Jesse (31192) **Role:** Involved

PENGAD 800-631-6989
DEPOSITION EXHIBIT 5 KL
10/1/26 Caton